UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARIO ENRIQUE BARROZ CELIS,

    Petitioner,

    v.

PAMELA BONDI, *et al.*,

    Respondents.

Case No. 2:26-cv-00079-GMN-DJA

**ORDER**

Petitioner Mario Enrique Barroz Celis has filed an application to proceed *in forma paupeirs* and a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2241, challenging his immigration detention at the Nevada Southern Detention Center. ECF Nos. 1, 1-1.

The information provided in the application to proceed *in forma pauperis* indicates that Barroz Celis is unable to pay the filing fee for this action, so the Court will grant him leave to proceed *in forma pauperis* and waive payment of the filing fee.

Having conducted a preliminary review of Barroz Celis's petition, the Court determines that it warrants service upon the respondents.  The Court will order the petition served on the respondents and will set a schedule for the respondents' appearance and response.

In addition, the Court determines that appointment of counsel is in the interests of justice.  *See Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986); 18 U.S.C. § 3006A. The Court will appoint the Federal Public Defender for the District of Nevada to represent Barroz Celis.

**IT IS THEREFORE ORDERED** that that Petitioner's application to proceed *in forma pauperis* [ECF No. 1] is **GRANTED**.  Petitioner is granted leave of court to proceed *in forma pauperis* and will not be required to pay the filing fee for this action.

1

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to separately file the Petition for Writ of Habeas Corpus (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the Federal Public Defender for the District of Nevada (FPD) is appointed to represent Petitioner.  If the FPD is unable to represent Petitioner, because of a conflict of interest or for any other reason, alternate counsel will be appointed.  In either case, counsel will represent Petitioner in all federal court proceedings relating to this matter, unless allowed to withdraw.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to electronically serve upon the FPD a copy of this order and a copy of the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the FPD will have 7 days from the date of this order to file a notice of appearance or to indicate to the Court its inability to represent Petitioner.

**IT IS FURTHER ORDERED** that if the FPD files a notice of appearance in this matter, it will then have 14 days to file an Amended Petition, or to inform the Court that it does not intend to file an Amended Petition.  The FPD shall effectuate service of the Amended Petition on Respondents.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to:

1. **DELIVER** a copy of the petition (ECF No. 1-1) and this order to the U.S. Marshal for service.

2. **ADD** the United States Attorney for the District of Nevada to the docket as an interested party.

3. **SEND**, through CM/ECF, a copy of the petition (ECF No. 1) and this Order to the United States Attorney's Office for the District of Nevada at sigal.chattah@usdoj.gov, summer.johnson@usdoj.gov, veronica.criste@usdoj.gov,

and caseview.ecf@usdoj.gov, in accordance with Federal Rule of Civil Procedure 5(b)(2)(E).

4.   **SEND**, through CM/ECF, a copy of the petition (ECF No. 1-1) and this Order to counsel for Respondent John Mattos: Ashlee Hesman at ahesman@strucklove.com and Jacob Brady Lee at JLee@strucklove.com.

5.   **MAIL** a copy of the petition (ECF No. 1) and this order pursuant to Rule 4(i)(2) of the Federal Rules of Civil Procedure to:

1)  Pamela Bondi, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC, 20530

2)  John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060

**IT IS FURTHER ORDERED** that the U.S. Marshal **SERVE** a copy of the petition (ECF No. 1-1) and this order on the United States Attorney for the District of Nevada or on an Assistant United States Attorney or clerical employee designated by the United States Attorney pursuant to Rule 4(i)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that counsel for the respondents file a notice of appearance within 7 days of the date of this order and file and serve their response to the petition within 14 days of the date of this order if no Amended Petition is filed, or within 7 days from service of the Amended Petition, unless additional time is allowed for good cause shown. Respondents must file with their response any documents referenced or relied upon in their responsive pleading. Petitioner will have 7 days following the filing of the response to file a reply.

**IT IS FURTHER ORDERED** that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible.  Any motion for extension must certify efforts taken to meet and confer and indicate the

opposing party's position regarding the extension.  Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

**IT IS FURTHER ORDERED** that the respondents must not transfer the petitioner out of this district, with the exception of effectuating the petitioner's lawful deportation. *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court may use its "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").

DATED THIS ___16__ day of _____January_____, 2026.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

4