## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARIO ENRIQUEZ BARROZ CELIS,

                    Petitioner,

          vs.

BONDI, *et al.*,

                    Respondents.

Case No.: 2:26-cv-00079-GMN-DJA

**ORDER DENYING EX PARTE MOTION FOR APPOINTMENT OF COUNSEL**

Pending before the Court is Petitioner Mario Enrique Barroz Celis's Petition for Writ of Habeas Corpus, (ECF No. 6). Respondent Pamela Bondi filed a Response, (ECF No. 11),[1] to which Petitioner filed a Reply, (ECF No. 14). Because it does not have jurisdiction to address this Petition, the Court DENIES the Petition without prejudice and with leave to amend.

The Petition names only one Respondent: Pamela Bondi. (Pet., ECF No. 1-1). Habeas petitions brought under § 2241 "shall...name the person who has custody over him." 28 U.S.C. § 2242. Therefore, the "one proper respondent" in habeas petitions challenging continued immigration detention is "the warden of the facility where the [detainee] is being held, not the Attorney General or some other remote supervisory official." *Doe v. Garland*, 109 F.4th 1188, 1195 (9th Cir. 2024) (quoting *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004)). The current warden at NSDC is John Mattos. (Resp. 3:16–17). While John Mattos was sent a copy of the Petition through CM/ECF, (*see* Order, ECF No. 3), he is not a named Respondent on the Petition, (Pet., ECF No. 1-1). The Court cannot exercise jurisdiction in this case due to Petitioners failure to name the warden in his petition. *See Doe v. Garland*, 109 F.4th at 1194–

---

[1] Non-party John Mattos also filed a Response, (ECF No. 13), indicating that he takes no position.

95 (holding that the district court's exercise of jurisdiction over a § 2241 habeas petition was erroneous when the petitioner failed to name the proper respondent).

Accordingly,

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus, (ECF No. 1-1), is **DENIED** without prejudice and with leave to amend.  Petitioner may file an Amended Petition no later than February 24, 2026.  Respondents will then have 7 days after service of the Amended Petition to file a Response.  Petitioner may file a Reply no later than 7 days following the filing of the Response.

**DATED** this __10__ day of February, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court